■ In the Matter of RUBY M. JAMES, Appellant, v. AUGUSTINO CAPONI, Respondent.— In a proceeding pursuant to section 122 of the Domestic Relations Law, to establish the paternity of a child and to compel support for the child, the petitioner appeals from an order of the Children's Court, Nassau County, entered August 17, 1960, after a nonjury trial, dismissing the petition. Order affirmed, without costs. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.